UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 01-2727

DAVID A. MAPLES,
    Petitioner - Appellant,

v.

JIMMY STEGALL, Warden,
    Respondent - Appellee.

FILED
AUG 1 9 2003
LEONARD GREEN, Clerk

FILE
AUG 2 6 2003
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Before: BOGGS and GILMAN, Circuit Judges; MARBLEY, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was submitted on briefs without oral argument.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

_____
Leonard Green, Clerk