| LEONARD GREEN<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE SIXTH CIRCUIT<br>100 EAST FIFTH STREET, ROOM 532<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | ACT<br><br>ROY G. FORD<br>(513) 564-701<br>www.ca6.uscourts |

Filed: September 10, 2003

David J. Weaver
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI  48226

Brad H. Beaver
Office of the Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909

William C. Campbell
Office of the Attorney General
Habeas Corpus Division
120 N. Washington Square
First Floor One Michigan Building, P.O. Box 30217
Lansing, MI  48909

David A. Maples
unknown

FILE
SEP 12 2003
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

RE: 01-2727
  Maples vs. Stegall
  District Court No. 00-71718

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

Roy G. Ford
Briefs Deputy

cc:
  Honorable Victoria A. Roberts

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 01-2727

Filed: September 10, 2003

DAVID A. MAPLES

    Petitioner - Appellant

v.

JIMMY STEGALL, Warden

    Respondent - Appellee

FILE

SEP 12 2003

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## MANDATE

Pursuant to the court's disposition that was filed 8/19/03 the mandate for this case hereby issues today.

A True Copy.

Attest:

Deputy Clerk

COSTS: NONE

Filing Fee .........$
Printing ...........$

    Total ........$