UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MAPLES,

       Petitioner,

                                    CASE NO. 00-CV-71718-DT

v.                                       HONORABLE VICTORIA ROBERTS
                                    UNITED STATES DISTRICT JUDGE

JIMMY STEGALL,

       Respondent.

_____/

**Notice of Filing Supplemental Rule 5 Materials**

TO:    CRAIG A. DALY
         Attorney for Petitioner
         577 E. Larned, Suite 240
         Detroit, MI 48226

      PLEASE TAKE NOTICE that a copy of Petitioner's Supplemental Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Northern Division, as set forth in the attached Index of Record.

                                                              Respectfully submitted,

                                                              MICHAEL A. COX
                                                              Attorney General

                                                              Brad H. Beaver (P48649)
                                                              Assistant Attorney General
                                                               Criminal Appellate Division
                                                               P.O. Box 30217
                                                               Lansing, MI 48909
                                                               (517) 373-4875

Dated: January 22, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MAPLES,

    Petitioner,

v.

    CASE NO. 00-CV-71718-DT
    HONORABLE VICTORIA ROBERTS
    UNITED STATES DISTRICT JUDGE

JIMMY STEGALL,

    Respondent.

_____/

**Index of Supplemental Record**

1.     Macomb County Circuit Court CaseFile, *People v. Maples* 98-002380-FH



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MAPLES,

      Petitioner,

v.

      CASE NO. 00-CV-71718-DT
      HONORABLE VICTORIA ROBERTS
      UNITED STATES DISTRICT JUDGE

JIMMY STEGALL,

      Respondent.
_____/

### Proof of Service

The undersigned certifies that on the date set forth below, she served a copy of the following papers:

1. Respondents Notice of Filing Supplemental Rule 5 Material; and
2. Index of Supplemental Record; and
3. Proof of Service.

upon:

CRAIG A. DALY
Attorney for Petitioner
577 E. Larned, Suite 240
Detroit, MI 48226

I declare under penalty of perjury that the foregoing is true and correct, executed on January 22, 2004.

_____
Cathy Pawlus