UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORIGINAL**

**DAVID MAPLES,**

    Petitioner,

File No. 00-71718

-vs-

Hon. Victoria Roberts

**JIMMY STEGALL, Warden**

    Respondent.

---

CRAIG A. DALY, P.C. (P27539)  
Attorney for Petitioner  
28 E. Adams, Suite 900  
Detroit, Michigan 48226  
(313) 963-1455

BRAD H. BEAVER (P48649)  
Attorney General's Office  
Habeas Corpus Division  
720 Law Building, 525 W. Ottawa  
Lansing, Michigan 48909  
(517) 373-4875

---

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Petitioner, DAVID MAPLES, by and through counsel, CRAIG A. DALY, P.C., hereby appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Opinion and Order and Judgment dated June 9, 2004 denying Petitioner's Petition for Writ of Habeas Corpus in the above entitled case.

Respectfully submitted,

CRAIG A. DALY, P.C. (P27539)  
Attorney for Petitioner  
28 W. Adams, Suite 900  
Detroit, Michigan 48226  
(313) 963-1455

Dated: June 29, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAVID MAPLES,**

    Petitioner,

File No. 00-71718

-vs-

Hon. Victoria Roberts

**JIMMY STEGALL, Warden**

    Respondent.

## PROOF OF SERVICE

STATE OF MICHIGAN  )
                              )SS
COUNTY OF WAYNE  )

    **CRAIG A. DALY, .C.**, being duly sworn, deposes and says that on the 29th day of June 2004 he did serve a true copy of Notice of Appeal upon Brad H. Beaver, Assistant Attorney General, Habeas Corpus Division, 7th Floor Williams Building, 525 W. Ottawa, P.O. Box 30217, Lansing, Michigan 48909 by first class mail.

                                                **CRAIG A. DALY, P.C. (P27539)**

Subscribed and sworn to before me
this 29th day of June 2004.

Melinda D. Zawal
Notary Public, Macomb County, MI
Acting in Wayne County, MI
My Commission expires: 6/18/10