UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANDREW MAPLES,

    Petitioner,

v.                      CASE NO. 00-CV-71718-DT
                       HONORABLE VICTORIA A. ROBERTS

JIMMY STEGALL,

    Respondent.
_____/

## JUDGMENT

This matter is pending before the Court on remand from the United States Court of Appeals for the Sixth Circuit. *See Maples v. Stegall*, __ F.3d __, __, No. 04-1880, slip op. at 12 (6th Cir. Oct. 25, 2005). Pursuant to the Sixth Circuit's order reversing this Court's decision and directing the Court to issue the writ of habeas corpus,

**IT IS ORDERED** that the writ of habeas corpus is unconditionally granted with respect to the conviction in question.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: October 28, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 28, 2005.

s/Linda Vertriest
Deputy Clerk