UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID ANDREW MAPLES,

              Petitioner,

v.                                CASE NO. 00-CV-71718-DT
                                HONORABLE VICTORIA A. ROBERTS

JIMMY STEGALL,

              Respondent.

_____/

## **JUDGMENT**

      This matter is pending before the Court on remand from the United States Court of

Appeals for the Sixth Circuit.  *See Maples v. Stegall*, __ F.3d __, __, No. 04-1880, slip op. at 12

(6th Cir. Oct. 25, 2005).  Pursuant to the Sixth Circuit's order reversing this Court's decision

and directing the Court to issue the writ of habeas corpus,

      **IT IS ORDERED** that the writ of habeas corpus is unconditionally granted with respect

to the conviction in question.


                                 s/Victoria A. Roberts_____
                                 Victoria A. Roberts
                                 United States District Judge

Dated:  October 28, 2005

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 28, 2005.<br><br>s/Linda Vertriest_____<br>Deputy Clerk |