UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 04-1880

DAVID A. MAPLES,
    Petitioner - Appellant,

v.

JIMMY STEGALL, Warden,
    Respondent - Appellee.



F I L E D
NOV - 4 2005
CLERK'S OFFICE
DETROIT

Before: MOORE and COOK, Circuit Judges; GWIN, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED and the case is REMANDED with instructions to issue the Writ of Habeas Corpus and for further proceedings consistent with the opinion of this court.

ENTERED BY ORDER OF THE COURT

_____
Leonard Green, Clerk