**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROY G. FORD
(513) 564-7016
(FAX) 564-7099
www.ca6.uscourts.gov

Filed: November 16, 2005

David J. Weaver

Craig A. Daly

Brad H. Beaver

Laura Graves Moody

    RE: 04-1880
        Maples vs. Stegall
        District Court No. 00-71718

    Enclosed is a copy of the mandate filed in this case.

Very truly yours
Leonard Green, Clerk

Roy G. Ford
Briefs Deputy

cc:
    Honorable Victoria A. Roberts

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-1880

Filed: November 16, 2005

DAVID A. MAPLES

    Petitioner - Appellant

v.

JIMMY STEGALL, Warden

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 10/25/05 the mandate for this case hereby issues today.

COSTS: **NONE**

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy.

Attest: _[signature]_
Deputy Clerk